**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RIVAS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. AVIATION SERVICES CORP., A NEVADA CORPORATION, AND DOES 1 TO 50,<br><br>  Defendants. | Case No. 5:24-cv-0855-FWS-SHK<br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT [33]** |

///

///

///

1

Having reviewed and considered the Joint Stipulation to Remand Case to State Court ("Stipulation"),[1] filed by Plaintiff Brandon Rivas and Defendant U.S. Aviation Services Corp., the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. All future deadlines and dates in the above-captioned case are **VACATED**.
2. The above-captioned case is **REMANDED** to Superior Court of the State of California in and for the County of San Bernadino, as Case Number CIVSB2403694.

**IT IS SO ORDERED**.

Dated: March 14, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation is incorporated into this Order by this reference.